B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fishkin, Gary** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1411** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1110 Pebblewood Lane**<br>**Glencoe, IL**<br><div align="right">ZIP Code **60022**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fishkin, Gary** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fishkin, Gary** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Gary Fishkin**
Signature of Debtor  **Gary Fishkin**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**October 6, 2010**
Date

### Signature of Attorney*

X  **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004 Fax: 312-663-1514**
Telephone Number

**October 6, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    __Gary Fishkin__                                   Case No. _____

                                       Debtor(s)             Chapter    __7__ _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Gary Fishkin**
                        **Gary Fishkin**

Date:    **October  6, 2010**

B6D (Official Form 6D) (12/07)

In re   **Gary Fishkin**                                                                            ,          Case No. _____

                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2670**<br><br>**American Servicing Company**<br>P.O Box 10328<br>DesMoines, IA 50306 | | | Mortgage<br><br>688 Greenwood, Northbrook, Illinois, 60062<br><br>Value $           2,500,000.00 | | | | 1,714,532.00 | 0.00 |
| Account No. **xxxxx3507**<br><br>**BAC Home Loans Services**<br>450 American St.<br>SimiVally, CA 93065 | | | Mortgage<br><br>688 Greenwood, Northbrook, Illinois, 60062<br><br>Value $           2,500,000.00 | | | | 1,576,458.00 | 790,990.00 |
| Account No. **xxxxx4476**<br><br>**Bank of America**<br>P.O Box 21846<br>Greensboro, NC 27420 | | | Mortgage<br><br>688 Greenwood, Northbrook, Illinois, 60062<br><br>Value $           2,500,000.00 | | | | 458,367.13 | 458,367.13 |
| Account No. **xx0627**<br><br>**Faslo Solutions LLC**<br>425 Phillips Blvd.<br>Ewins, NJ 08618 | | | Mortgage<br><br>942 Greenbay Road, Glencoe, IL  60022<br><br>Value $             400,000.00 | | | | 114,582.11 | 0.00 |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 3,863,939.24 | 1,249,357.13 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Gary Fishkin**                                                      ,     Case No. _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x9-942** <br><br> **Glencoe Place Condo Association** <br> **707 Skokie Blvd, Suite 100** <br> **Northbrook, IL 60062** | - | | **Condo Assessments** <br><br> **942 Greenbay Road, Glencoe, Illinois, 60022** <br><br> Value $          **400,000.00** | | | | **2,100.00** | **2,100.00** |
| Account No. **xxxxx6789** <br><br> **ING Direct** <br> **1 S. Orange St.** <br> **Wilmington, DE 19801** | | | **Mortgage** <br><br> **688 Greenwood, Northbrook, Illinois, 60062** <br><br> Value $       **2,500,000.00** | | | | **1,563,625.00** | **1,563,625.00** |
| Account No. **xxxx3515** <br><br> **Litton Loan Services** <br> **4828 Loop Central Dr.** <br> **Houston, TX 77081** | | | **Mortgage** <br><br> **942 Greenbay Road, Glencoe, Illinois, 60022** <br><br> Value $          **400,000.00** | | | | **606,773.00** | **206,773.00** |
| Account No. **None** <br><br> **VMV Asset Management** <br> **3045 McArthur Blvd** <br> **Northbrook, IL 60062** | X | | **Mortgage** <br><br> **688 Greenwood, Northbrook, Illinois, 60062** <br><br> Value $       **2,500,000.00** | | | | **1,000,000.00** | **1,000,000.00** |
| Account No. <br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **3,172,498.00** | **2,772,498.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **7,036,437.24** | **4,021,855.13** |

B6E (Official Form 6E) (4/10)

.

In re  **Gary Fishkin**                                                                                 ,   Case No. _____
_____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re   **Gary Fishkin**                           ,       Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**3888 Maple, LLC** <br>**3100 Dundee Rd., Suite 107** <br>**Northbrook, IL 60062** | | - | | | | | | X | **Unknown** |
| Account No. <br><br>**Abramovsky, Leyka & Lonid** <br>**19 River Oak Circle Dr. East** <br>**Buffalo Grove, IL 60089** | | - | | | | | | | **630,999.33** |
| Account No. <br><br>**Absolute Title** <br>**81 S. Milwaukee**☐☐ <br>**Wheeling, IL** | | - | | | | | | X | **Unknown** |
| Account No. **Unknown** <br><br>**Albany Bank & Trust Company** <br>**3400 W. Laurence Ave.** <br>**Chicago, IL 60625** | X | | | | 4141 Cardinal Court, Northbrook, Illinois | | | | **999,000.00** |

                                                              Subtotal
    __27__  continuation sheets attached                           (Total of this page)    **1,629,999.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                    ,   Case No. _____
                                              **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x-xx5699** | | | | | | | |
| **Albany Bank & Trust Company** 3400 W. Laurence Ave. Chicago, IL 60625 | | | | | | | **5,390,178.59** |
| Account No. **Unknown** | | | | | | | |
| **Allen L. Kracover & Associates In.** 1001 Johnson Dr. Suite 200 Buffalo Grove, IL 60089 | | | | | | | **6,749.43** |
| Account No. **xx-xx-x9810** | | | | | | | |
| **Allstate Electric LLC** 1228 Allanson Rd Mundelein, IL 60060 | X | | | | | | **157,215.89** |
| Account No. **xxxxxx6625** | | | | | | | |
| **Allstate Idemnity Company** Unknown Newton, MA 02459 | | | | | | | **279.33** |
| Account No. **xxxxx-x00-99** | | | | | | | |
| **Amcore Bank** 300 Tri State Int'l Suite 180 Lincolinshire, IL 60069 | X | | | | | | **90,000.00** |

Sheet no. __1___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,644,423.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Fishkin** ,                    Case No. _____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1128** | | | | | | | |
| **American Enterprise Bank (Elan Visa)** **P.O Box 790408** **St. Louis, MO 63179** | | | | | | | 51,000.00 |
| Account No. **xxxxxxxxxxx1001** | | | | | | | |
| **American Express** **P.o Box 0001** **Los Angeles, CA 90096-0001** | | | | | | | 10,882.00 |
| Account No. **xxxxxxxxxxx3003** | | | | | | | |
| **American Express Bank** **P.O Box 0001** **Los Angeles, CA 90006** | | | | | | | 80,633.77 |
| Account No. **xxxxxxxxx5881** | | | | | | | |
| **AT&T** **P.O Box 8100** **Aurora, IL 60507** | | | | | | | 406.30 |
| Account No. **xxx-xxxxxx0-001** | | | | | | | |
| **AT&T Capital Services Inc.** **13160 Collections Center Dr.** **Chicago, IL 60693** | | | | | | | 3,063.35 |

Sheet no. __2___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

145,985.42

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                    ,          Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **ATMI Prescast c/o Querry & Harrow 175 W. Jackson Blvd., Suite 1600 Chicago, IL 60604** | X | - | | | | | X | **Unknown** |
| Account No. **xxxxxxxxxxxx9901** | | | | | | | | |
| **Bank of America Mastercard P.O Box 15019 Wilmington, DE 19886** | | | | | | | | **16,325.65** |
| Account No. **xxxxxxxxxxxx0926** | | | | | | | | |
| **Bank of America Visa P.O Box 15019 Willmington, DE 19886** | | | | | | | | **22,510.00** |
| Account No. | | | | | | | | |
| **Bard, Larisa & Leo 1143 Bernard Drive Buffalo Grove, IL 60089** | | - | | | | | | **200,000.00** |
| Account No. | | | | | | | | |
| **Bartnovsky, Rostislav 2137 Graystone Place Hoffman Estates, IL 60169** | | - | | | | | X | **118,000.00** |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **356,835.65**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Beal Bank Nevada**<br>**c/o Clark Hill PLC**<br>**150 North Michigan Ave., Suite 2700**<br>**Chicago, IL 60601** | X | - | | | | | X | 27,710,000.00 |
| Account No. <br><br>**Beyer Family LP**<br>**914 N. Milwaukee, Suite 300**<br>**Northbrook, IL 60062** | | - | | | | | | 625,000.00 |
| Account No. <br><br>**Bikhovsky, Alla & Josif**<br>**10234 N. TrilliumRoad**<br>**Mequon, WI 53092** | | - | | | | | | 250,000.00 |
| Account No. **xxxxxxx x1 EAG** <br><br>**Birdview Technologies**<br>**101 W. 22nd Street Suite 202**<br>**Lombard, IL 60148** | | | | | | | | 800.00 |
| Account No. **N/A** <br><br>**Bronson & Kahn LLC**<br>**150 N Wacker Dr. Suite 1400**<br>**Chicago, IL 60606** | | | | | | | | 13,552.06 |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 28,599,352.06 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary Fishkin**                                    ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brookside Venture LLC**<br>**2215 York Road # 503**<br>**Oak Brook, IL 60523** | | | | | | | **415,756.17** |
| Account No.<br><br>**Capital Development Group**<br>**of Florida, LLC**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No.<br><br>**Capital Development Group, LLC**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No.<br><br>**Capital Management Group**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No. **xxxx xxxx xxxx 4439**<br><br>**Capital One Visa**<br>**P.O Box 30285**<br>**Salt Lake City, UT 84130** | | | | | | | **9,279.08** |

Sheet no. __5__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **425,035.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                    ,          Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Capital Realty, Inc.** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | - | | | | | | X | **Unknown** |
| Account No. **x525A,x525B** | | | | | | | | |
| **CE Design Ltd.** **1875 D Rohlwings Rd** **Rolling Meadows, IL 60008** | | | | | | | | **9,715.00** |
| Account No. **xxxxxx-0001** | | | | | | | | |
| **Century 21 Chicagoland & Northwest Indiana** **1007 E 31-St Street** **LaGrange Park, IL 60526** | | | | | | | | **2,213.01** |
| Account No. **xx-x-xx1587** | | | | | | | | |
| **Century 21 Real Estate LLC** **1 Campus Dr.** **Parsippany, NJ 07054** | | | | | | | | **975,774.52** |
| Account No. **xxxxxxxxxxxx3449** | | | | | | | | |
| **Chase Master Card** **P.O Box 15298** **Willmington, DE 19850** | | | | | | | | **3,167.00** |

Sheet no. __6__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **990,869.53**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                    ,      Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9733** <br><br> **Chicago Tribune** <br> **435 N. Michigan Ave** <br> **Carol Stream, IL 60188** | | | | | | | 485.98 |
| Account No. **xxxxxxx1589** <br><br> **Cisco Inc.** <br> **1702  Townhurst Dr.** <br> **Houston, TX 77043** | | | | | | | 568.00 |
| Account No. **xx5887** <br><br> **Co Star Realty Information Inc.** <br> **P.O Box 791123** <br> **Baltimore, MD 21279-1123** | | | | | | | 7,542.91 |
| Account No. **xxxxxxx2126** <br><br> **ComEd** <br> **P.O Box 6111** <br> **Carol Stream, IL 60197** | | | | | | | 1,308.88 |
| Account No. **xxxxx4006** <br><br> **ComEd** <br> **P.O Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | | | | 6,000.00 |

Sheet no. __7___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,905.77

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                    ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8036** <br><br> **ComEd** <br> **P.O Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | | | | 2,540.70 |
| Account No. **xxxxx7109** <br><br> **ComEd** <br> **P.O Box 6111** <br> **Carol Stream, IL 60197-6111** | | | | | | | 105.21 |
| Account No. **xxxxx3235** <br><br> **DHL Express INC.** <br> **14105 Collection CTR Dr.** <br> **Chicago, IL 60693** | | | | | | | 2,984.01 |
| Account No. **North Shore Center** <br><br> **Durabit Fence** <br> **433 Denniston Court** <br> **Wheeling, IL 60090** | | | | | | | 2,100.00 |
| Account No. <br><br> **Dzynbinskyk, Petro** <br> **199 Fox Hill** <br> **Buffalo Grove, IL 60089** | - | | | | | | 100,000.00 |

| Sheet no. __8__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 107,729.92 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                              ,          Case No. _____
                                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **EAG Capital Development II, LLC** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **EAG Capital Holdings, Inc.** **3100 Dundee Road, Suite 107** **Northbrook, IL 60062** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **EAG Development II, LLC** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **EAG Development, Inc.** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **xxxx-xxx050A** | | | | | | | | |
| **Eiden & O'Donnell Ltd.** **230 Center Dr. Suite 102** **Vernon Hills, IL 60061** | | | | | | | | |
| | | | | | | | | **9,623.32** |

Sheet no. __9___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,623.32**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                      ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxxxxx1467** | | | | | | | | | |
| **Elan Financial Services** **P.O Box 108** **St. Louise, MO 63166-9801** | | | | | | | | | 15,411.03 |
| Account No. | | | - | | | | | X | |
| **Emercor Group LLC** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | | | | | | | | | Unknown |
| Account No. | X | | - | | | | | X | |
| **FCL Builders, Inc.** **c/o Richmond Breslin LLP** **233 S. Wacker Dr., Suite 5775** **Chicago, IL 60606** | | | | | | | | | Unknown |
| Account No. | | | - | | | | | | |
| **Fialko, Yakov** **2650 Queens Way** **Northbrook, IL 60062** | | | | | | | | | 210,000.00 |
| Account No. **8035** | | | | | | | | | |
| **Fitzgerald Associate Architects** **912 West Lake Street** **Chicago, IL 60607** | | | | | | | | | 13,152.00 |

Sheet no. __**10**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    238,563.03

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                      ,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | |
| **Florida Development 8221 N. Kimball Skokie, IL 60076** | | | | | | | 500,000.00 |
| Account No. | | - | | | | | |
| **Foltushanskiy, Igor and Alla 884 Horatio Blvd. Buffalo Grove, IL 60089** | | | | | | | 200,000.00 |
| Account No. xxxxxxxxxx-x0001 | X | | Line of Credit | | | | |
| **Foster Bank 5225 North Kedzie Ave Chicago, IL 60625** | | | | | | | 78,536.00 |
| Account No. xxxx982-1 | X | | | | | | |
| **Foster Bank 5225 North Kedzie Ave Chicago, IL 60625** | | | | | | | 4,340,000.00 |
| Account No. **Unknown** | | | | | | | |
| **Fountain Technologies Ltd. 423 Dennistion Ct. Wheeling, IL 60090** | | | | | | | 12,500.00 |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,131,036.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                        ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Frankfurt, Vladimir 816 Winchester Lane Northbrook, IL 60062 | - | | | | | | | 112,000.00 |
| Account No. **xxxxxx-Kw01** | | | | | | | | |
| Gaia Tech 200 North LaSalle Street Suite 2600 Chicago, IL 60601 | | | | | | | | 1,343.44 |
| Account No. **xxxxx-xxxxxx8002** | | | | | | | | |
| Garveys 7500 N Caldwell Ave Niles, IL 60714 | | | | | | | | 380.00 |
| Account No. | | | | | | | | |
| Gashpar, Inna 1121 Cayuga Drive Northbrook, IL 60062 | - | | | | | | | 139,700.00 |
| Account No. **xxx-xxxxxx3-000** | | | | | | | | |
| Great American Leasing Corp. 8742 Innovation Way Chicago, IL 60682 | | | | | | | | 22,997.81 |

Sheet no. __12__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **276,421.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                          ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1720** | | | | | | | |
| **Home Depot** **P.O Box 6029** **The Lakes, NV 88901** | | | | | | | **19,788.47** |
| Account No. **xxxxxx905-R,xx4277** | | | | | | | |
| **Humana Group Dental** **Unknown** **East Hartland, CT 06128** | | | | | | | **2,025.86** |
| Account No. **xxxx# xxx0017,xxx0168** | | | | | | | |
| **Illinois Department of Employment** **IDES Northern Region** **260 East Indian Trail Rd.** **Aurora, IL 60505** | | | | | | | **Unknown** |
| Account No. **2692** | | | | | | | |
| **Integral Digital Services Inc.** **P.O Box 5257** **Buffalo Grove, IL 60089** | | | | | | | **3,000.00** |
| Account No. | | | | | | | |
| **Ioffe, Jacob** **9123 Tripp** **Skokie, IL 60076** | | - | | | | | **70,000.00** |

Sheet no. __**13**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**94,814.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xH-433**<br><br>**Joseph Pollina**<br>**3221 Rockwell Ave**<br>**Chicago, IL 60618** | | | | | | | 170,000.00 |
| Account No. **xxxxxxxxxx0761**<br><br>**JP Morgan Chase Bank**<br>**P.O Box 1093**<br>**Northridge, CA 91928** | X | | 100 Moscoe Road, White Lake, New York | | | | 749,424.00 |
| Account No.<br><br>**Kharon, Alla and Eugene**<br>**1778 Tudor Lane**<br>**Northbrook, IL 60062** | | - | | | | | 770,705.41 |
| Account No.<br><br>**Khaykin, Irina**<br>**300 S. Richard Court**<br>**Vernon Hills, IL 60061** | | - | | | | | 50,000.00 |
| Account No. **xx.xxxxxxx.x0000**<br><br>**KLOA Inc.**<br>**c/o Kenig, Lindgren,O'hara, Aboona**<br>**9575 W. Higgins Rd. Suite 400**<br>**Rosemont, IL 60018** | | | | | | | 14,236.59 |

Sheet no. __14__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,754,366.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | - | | | | | | | |
| **Kompan, Vladimir** **1509 Landwehr** **Northbrook, IL 60062** | | | | | | | | 300,000.00 |
| Account No. **Office Lease** | | | | | | | | |
| **Korman/ Lederer Management Co.** **3100 Dundee Rd.  Suite 116** **Northbrook, IL 60062** | | | | | | | | 60,000.00 |
| Account No. **xxx xx3765** | | | | | | | | |
| **Korman/ Lederer Management Co.** **3100 Dundee Rd. Suite 116** **Northbrook, IL 60062** | | | | | | | | 395.64 |
| Account No. **xxx xx3767** | | | | | | | | |
| **Korman/ Lederer Management Co.** **3100 Dundee Rd.  Suite 116** **Northbrook, IL 60062** | | | | | | | | 320.62 |
| Account No. | - | | | | | | | |
| **Korol, Gennady and Larisa** **932 Greenbay Road** **Glencoe, IL 60022** | | | | | | | | 1,600,000.00 |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,960,716.26 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                        ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Lake County Grading Company** **c/o Ray & Glick** **P.O. Box 400** **Libertyville, IL 60048** | X | - | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| **Legat Architects** **c/o Schiff, Harden, LLP** **6600 Sears Tower** **Chicago, IL 60606** | X | - | | | | | | 405,672.85 |
| Account No. **NS** | | | | | | | | |
| **Leibson McGrath Mankedick DBA LM Squared** **400 Skokie Blvd. Suite 590** **Northbrook, IL 60062** | | | | | | | | 96,105.00 |
| Account No. | | | | | | | | |
| **Len's and Lisa's Construction, Inc.** **808 Verney Lane** **Charlotte, NC 28226** | | - | | | | | | 1,720,000.00 |
| Account No. | | | | | | | | |
| **Litvin, Gary** **23696 N. Raleigh Drive** **Lincolnshire, IL 60069** | | - | | | | | | 25,000.00 |

Sheet no. __16__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,246,777.85**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx1020** <br><br> **MB Financial (Elan Visa)** <br> **P.O Box 6353** <br> **Fargo, ND 58125** | | | | | | | **9,284.50** |
| Account No. <br><br> **Mega Development Group IV Corp.** <br> **3100 Dundee Rd., Suite 107** <br> **Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Mega Development Group, LLC** <br> **3100 Dundee Rd., Suite 107** <br> **Northbrook, IL 60062** | - | | | | | X | **300,000.00** |
| Account No. <br><br> **Mega Entertainment Group II, LLC** <br> **577 Waukegan Avenue** <br> **Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No. <br><br> **Mega Investors Group III, LLC** <br> **3100 Dundee Rd., Suite 107** <br> **Northbrook, IL 60062** | - | | | | | X | **Unknown** |

Sheet no. __**17**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **309,284.50**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin** ,                                    Case No. _____
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Michael Vdovets** **3873 Oak** **Northbrook, IL 60062** | | | | | | | | | **Unknown** |
| Account No. **xxxx.0105** | | | | | | | | | |
| **Miller Cooper & Co., Ltd.** **1751 Lake Cook RD. Suite 400** **Deerfield, IL 60015** | | | | | | | | | **132,962.46** |
| Account No. | | | | | | | | | |
| **Monisova, Alla and Michael Shulman** **114 Hampton Blvd.** **Lake Bluff, IL 60044** | | - | | | | | | | **105,000.00** |
| Account No. | | | | | | | | | |
| **N.S. Center GP, LLC** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | | - | | | | | | X | **Unknown** |
| Account No. **xxx8406** | | | | | | | | | |
| **National Construction Rentals** **P.O Box 4503** **Pacoima, CA 91333** | | | | | | | | | **439.92** |

Sheet no. __**18**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**238,402.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                              ,        Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx8271** | | | | | | | | |
| **Nicor Gas** **P.O Box 2020** **Aurora, IL 60507** | | | | | | | | **2,756.82** |
| Account No. **xxxxxx1232** | | | | | | | | |
| **Nicor Gas** **P.O Box 2020** **Aurora, IL 60507** | | | | | | | | **3,157.03** |
| Account No. **xxxxxx2695** | | | | | | | | |
| **Nicor Gas** **P.O Box 2020** **Aurora, IL 60507** | | | | | | | | **879.24** |
| Account No. **5144** | | | | | | | | |
| **Northbrook Blueprint & Supply** **626 Anthony Trail** **Northbrook, IL 60062** | | | | | | | | **1,074.36** |
| Account No. | | | | | | | | |
| **Northshore Center GP, Inc.** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | - | | | | | | X | **Unknown** |
| Sheet no. __19__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | **7,867.45** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Northshore Center LP**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No.<br><br>**Northshore Center THC LLC**<br>**3100 Dundee Rd., Suite 107**<br>**Northbrook, IL 60062** | - | | | | | X | **Unknown** |
| Account No. **xxx0181**<br><br>**Northshore Magazine**<br>**16 Haverhill Street, 3rd Floor**<br>**Andover, MA 01810** | | | | | | | **9,270.00** |
| Account No. **xx4803**<br><br>**Origin Capital**<br>**1122 N. LaSalle St.**<br>**Chicago, IL 60610** | | | **Guaranty**<br>**700 Skokie Blvd., Northbrook, Illinois, 60062** | | | | **429,660.00** |
| Account No. **xx4395**<br><br>**Origin Capital**<br>**1122 N. LaSalle St.**<br>**Chicago, IL 60610** | | | **Line of Credit** | | | | **509,521.00** |

Sheet no. __20__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**948,451.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                                         ,        Case No. _____
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4803** <br><br> **Origin Capital** <br> **1122 N. LaSalle St.** <br> **Chicago, IL 60610** | | | Line of Credit | | | | 500,000.00 |
| Account No. <br><br> **Osnovsky, Gregory & Brukhn** <br> **6536 N. California Avenue** <br> **Chicago, IL 60642** | | - | | | | | 100,000.00 |
| Account No. **None** <br><br> **Pappas Construction Co.** <br> **8605 N Lincolin Ave Suite B** <br> **Morton Grove, IL 60053** | | | Construction Lien | | | | 126,514.00 |
| Account No. <br><br> **Paragon Theaters** <br> **c/o Dahl & Bonadies, LLC** <br> **30 N. LaSalle St., Suite 1500** <br> **Chicago, IL 60602** | X | - | | | | X | 306,921.50 |
| Account No. **x9454,x0334** <br><br> **Parvin-Clauss Sign Company** <br> **165 Tubeway Dr.** <br> **Carol Stream, IL 60188** | | | | | | | 2,681.80 |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         | 1,036,117.30

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                         ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Piven, Vladimir and Ludmila** **1436 N. Picadilly Circle** **Mount Prospect, IL 60056** | | | | | | | | 250,000.00 |
| Account No. **xxxx5009** | | | | | | | | |
| **Polsky & Associates Ltd.** **205 N. Michigan Ave. 41 floor** **Chicago, IL 60601** | | | | | | | | 54,986.97 |
| Account No. **xxxx0-000** | | | | | | | | |
| **Puget Sound Leasing** **P.O Box 1295** **Issaguah, WA 98027** | | | | | | | | 13,603.00 |
| Account No. | | - | | | | | | |
| **RC Realty Development LLC** **914 N. Milwaukee, Suite 300** **Northbrook, IL 60062** | | | | | | | | 679,000.00 |
| Account No. | | - | | | | | | X | Unknown |
| **Royal Square Development, LLC** **3100 Dundee Rd., Suite 107** **Northbrook, IL 60062** | | | | | | | | |

Sheet no. __**22**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

997,589.97

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary Fishkin**                                            ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x-xx2804**<br><br>**Schain Burney Ross & Citron, Ltd.**<br>**222 North LaSalle Street Suite 1910**<br>**Chicago, IL 60601** | | | | | | | 149,192.79 |
| Account No.<br><br>**Selivanova, Marina**<br>**608 Happfield Court**<br>**Arlington Heights, IL 60004** | | - | | | | | 100,000.00 |
| Account No. **xx-3330**<br><br>**Service Sanitation Inc.**<br>**135 Blaine Street**<br>**Gary, IN 46406** | | | | | | | 6,089.02 |
| Account No.<br><br>**Sharonova, Tatiana**<br>**1375 Kenelwood Lane**<br>**Deerfield, IL 60015** | | - | | | | | 355,000.00 |
| Account No.<br><br>**Shneider, Gene**<br>**and Larisa Solomonova**<br>**1411 Candlewood Court**<br>**Wheeling, IL 60090** | | - | | | | | 81,500.00 |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

691,781.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary Fishkin**                                                                 ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Sniper, Alexander & Sofia** **471 Bay6 Tree Circle** **Vernon Hills, IL 60061** | - | | | | | | | **719,493.09** |
| Account No. | | | | | | | | |
| **Stewart Title Company** **665 Campton Street** **Ely, NV 89301** | - | | | | | | X | **Unknown** |
| Account No. **NA** | | | | | | | | |
| **Studio 41** **3160 Skokie Vally Rd.** **Higland Park, IL 60035** | | | | | | | | **18,859.50** |
| Account No. **xxxxxx2500** | | | | | | | | |
| **TDS Metrocom** **P.O Box 94510** **Palatine, IL 60094-4510** | | | | | | | | **6,629.53** |
| Account No. **x3523** | | | | | | | | |
| **The Anderson Group** **3409 North Hellen St. # 200** **Metairie, La 70002** | | | | | | | | **1,600.00** |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**746,582.12**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary Fishkin**                                                        ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1452** <br><br> **The First Commercial Bank** <br> **6945 N. Clark St.** <br> **Chicago, IL 60626** | X | | Guarantors <br> **19 River Oaks Circle Drive East, Buffalo Grove, Illinois** | | | | 525,000.00 |
| Account No. **xxxxxxx4002** <br><br> **The Private Bank** <br> **70 W. Madison, Suite 200** <br> **Chicago, IL 60602** | | | Deficiency Judgment | | | | 284,855.57 |
| Account No. **xxxxx0518** <br><br> **Travelers Insurance** <br> **Ste 1201, 350 Granite St, Braintree** <br> **Braintree, MA 02184** | | | | | | | 369.00 |
| Account No. **N/A** <br><br> **Tribune Interactive** <br> **14891 Collection Center DR.** <br> **Chicago, IL 60693-0148** | | | | | | | 3,360.00 |
| Account No. **xxxxx0826** <br><br> **US Bank** <br> **P.O Box 2407 EP-MN-L23R** <br> **Minneapolis, MN 55402** | | | | | | | 17,157.00 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      830,741.57

B6F (Official Form 6F) (12/07) - Cont.

In re **Gary Fishkin** _____ ,    Case No. _____
                                                                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0826** | | | | | | | | |
| US Bank P.O Box 2407 EP-MN-L23R Minneapolis, MN 55402 | | | | | | | | 32,392.00 |
| Account No. **xxxxxx8463** | | | | | | | | |
| US Bank P.O Box 2407 EP-MN-L23R Minneapolis, MN 55402 | | | | | | | | 65,718.83 |
| Account No. | | | | | | | | |
| Vulfson, Yefim 325 Horatio Blvd. Buffalo Grove, IL 60089 | - | | | | | | | 107,500.00 |
| Account No. **xxxxxxx13-SB,Reff** | | | | | | | | |
| Waste Management Commercial 1411 Opus Place Suite 400 Downers Grove, IL 60515 | | | | | | | | 1,019.55 |
| Account No. | | | | | | | | |
| Weiss Builders c/o Demchenko & Kashuba, LLC 2520 West Chicago Chicago, IL 60622 | - | | | | | | X | 1,065,347.40 |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,271,977.78**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary Fishkin**                                                                    ,         Case No. _____
                                                    **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Yaker, Lazar & Dina**<br>**3216 Brookhill Circle**<br>**Birmingham, AL 35210** | - | | | | | | | **170,000.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __27__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **170,000.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **56,877,250.09** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gary Fishkin**

Debtor(s)

Case No.

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**American Servicing Company** | **Describe Property Securing Debt:**<br>**688 Greenwood, Northbrook, Illinois, 60062** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**BAC Home Loans Services** | **Describe Property Securing Debt:**<br>**688 Greenwood, Northbrook, Illinois, 60062** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**688 Greenwood, Northbrook, Illinois, 60062** |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Faslo Solutions LLC** | **Describe Property Securing Debt:**<br>**942 Greenbay Road, Glencoe, IL  60022** |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Glencoe Place Condo Association** | **Describe Property Securing Debt:**<br>**942 Greenbay Road, Glencoe, Illinois, 60022** |

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**ING Direct** | **Describe Property Securing Debt:**<br>**688 Greenwood, Northbrook, Illinois, 60062** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Litton Loan Services** | **Describe Property Securing Debt:**<br>**942 Greenbay Road, Glencoe, Illinois, 60022** |

Property will be (check one):
- ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**VMV Asset Management** | **Describe Property Securing Debt:**<br>**688 Greenwood, Northbrook, Illinois, 60062** |

Property will be (check one):
   ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt             ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **October  6, 2010**                    Signature   **/s/ Gary Fishkin**
                                                            **Gary Fishkin**
                                                            Debtor

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gary Fishkin**
_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Gary Fishkin**
_____
Printed Name(s) of Debtor(s)

Case No. (if known)  _____

X  **/s/ Gary Fishkin**                **October  6, 2010**
_____
Signature of Debtor            Date

X  _____
Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Gary Fishkin** _____    Case No. _____
                                Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **146**


The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date:    **October  6, 2010** _____    **/s/ Gary Fishkin** _____
                                **Gary Fishkin**
                                Signature of Debtor

3888 Maple, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Abramovsky, Leyka & Lonid
19 River Oak Circle Dr. East
Buffalo Grove, IL 60089


Absolute Title
81 S. Milwaukee
Wheeling, IL


Albany Bank & Trust Company
3400 W. Laurence Ave.
Chicago, IL 60625


Alex Field
700 Greenwood
Northbrook, IL 60062


Alexander Bezpallco
577 Waukegan Avenue
Northbrook, IL 60062


Allen L. Kracover & Associates In.
1001 Johnson Dr. Suite 200
Buffalo Grove, IL 60089


Allstate Electric LLC
1228 Allanson Rd
Mundelein, IL 60060


Allstate Idemnity Company
Unknown
Newton, MA 02459


Amcore Bank
300 Tri State Int'l Suite 180
Lincolnshire, IL 60069


American Enterprise Bank (Elan Visa)
P.O Box 790408
St. Louis, MO 63179

American Express
P.o Box 0001
Los Angeles, CA 90096-0001


American Express Bank
P.O Box 0001
Los Angeles, CA 90006


American Servicing Company
P.O Box 10328
DesMoines, IA 50306


AT&T
P.O Box 8100
Aurora, IL 60507


AT&T Capital Services Inc.
13160 Collections Center Dr.
Chicago, IL 60693


ATMI Prescast
c/o Querry & Harrow
175 W. Jackson Blvd., Suite 1600
Chicago, IL 60604


BAC Home Loans Services
450 American St.
SimiVally, CA 93065


Bank of America
P.O Box 21846
Greensboro, NC 27420


Bank of America Mastercard
P.O Box 15019
Wilmington, DE 19886


Bank of America Visa
P.O Box 15019
Willmington, DE 19886


Bard, Larisa & Leo
1143 Bernard Drive
Buffalo Grove, IL 60089

Bartnovsky, Rostislav
2137 Graystone Place
Hoffman Estates, IL 60169


Beal Bank Nevada
c/o Clark Hill PLC
150 North Michigan Ave., Suite 2700
Chicago, IL 60601


Beyer Family LP
914 N. Milwaukee, Suite 300
Northbrook, IL 60062


Bikhovsky, Alla & Josif
10234 N. TrilliumRoad
Mequon, WI 53092


Birdview Technologies
101 W. 22nd Street Suite 202
Lombard, IL 60148


Blitt & Gaines
661 W. Glenn Avenue
Wheeling, IL 60090


Bronson & Kahn LLC
150 N Wacker Dr. Suite 1400
Chicago, IL 60606


Brookside Venture LLC
2215 York Road # 503
Oak Brook, IL 60523


Capital Development Group
 of Florida, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Capital Development Group, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Capital Development Group, LLC
3100 Waukegan Ave.
Northbrook, IL 60062

Capital Management Group
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Capital One Visa
P.O Box 30285
Salt Lake City, UT 84130


Capital Realty, Inc.
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


CE Design Ltd.
1875 D Rohlwings Rd
Rolling Meadows, IL 60008


Century 21 Chicagoland &
    Northwest Indiana
1007 E 31-St Street
LaGrange Park, IL 60526


Century 21 Real Estate LLC
1 Campus Dr.
Parsippany, NJ 07054


Chase Master Card
P.O Box 15298
Willmington, DE 19850


Chicago Tribune
435 N. Michigan Ave
Carol Stream, IL 60188


Cisco Inc.
1702 Townhurst Dr.
Houston, TX 77043


Co Star Realty Information Inc.
P.O Box 791123
Baltimore, MD 21279-1123


ComEd
P.O Box 6111
Carol Stream, IL 60197

ComEd
P.O Box 6111
Carol Stream, IL 60197-6111


Credit Services
Two Wells Avenue
Newton, MA 02549


DHL Express INC.
14105 Collection CTR Dr.
Chicago, IL 60693


Durabit Fence
433 Denniston Court
Wheeling, IL 60090


Dzynbinskyk, Petro
199 Fox Hill
Buffalo Grove, IL 60089


EAG Capital Development II, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


EAG Capital Holdings
3100 Dundee
Northbrook, IL 60062


EAG Capital Holdings, Inc.
3100 Dundee Road, Suite 107
Northbrook, IL 60062


EAG Development II, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


EAG Development, Inc.
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Edward Renko
577 Waukegan Avenue
Northbrook, IL 60062

Eiden & O'Donnell Ltd.
230 Center Dr. Suite 102
Vernon Hills, IL 60061


Elan Financial Services
P.O Box 108
St. Louise, MO 63166-9801


Emercor Group LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Faslo Solutions LLC
425 Phillips Blvd.
Ewins, NJ 08618


FCL Builders, Inc.
c/o Richmond Breslin LLP
233 S. Wacker Dr., Suite 5775
Chicago, IL 60606


Fialko, Yakov
2650 Queens Way
Northbrook, IL 60062


Fitzgerald Associate Architects
912 West Lake Street
Chicago, IL 60607


Florida Development
8221 N. Kimball
Skokie, IL 60076


Foltushanskiy, Igor and Alla
884 Horatio Blvd.
Buffalo Grove, IL 60089


Foster Bank
5225 North Kedzie Ave
Chicago, IL 60625


Fountain Technologies Ltd.
423 Dennistion Ct.
Wheeling, IL 60090

Frankfurt, Vladimir
816 Winchester Lane
Northbrook, IL 60062


Gaia Tech
200 North LaSalle Street Suite 2600
Chicago, IL 60601


Garveys
7500 N Caldwell Ave
Niles, IL 60714


Gashpar, Inna
1121 Cayuga Drive
Northbrook, IL 60062


Glencoe Place Condo Association
707 Skokie Blvd, Suite 100
Northbrook, IL 60062


Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682


Home Depot
P.O Box 6029
The Lakes, NV 88901


Humana Group Dental
Unknown
East Hartland, CT 06128


Illinois Department of Employment
IDES Northern Region
260 East Indian Trail Rd.
Aurora, IL 60505


ING Direct
1 S. Orange St.
Wilmington, DE 19801


Integral Digital Services Inc.
P.O Box 5257
Buffalo Grove, IL 60089

Ioffe, Jacob
9123 Tripp
Skokie, IL 60076


Joseph Pollina
3221 Rockwell Ave
Chicago, IL 60618


JP Morgan Chase Bank
P.O Box 1093
Northridge, CA 91928


Kharon, Alla and Eugene
1778 Tudor Lane
Northbrook, IL 60062


Khaykin, Irina
300 S. Richard Court
Vernon Hills, IL 60061


KLOA Inc.
c/o Kenig, Lindgren,O'hara, Aboona
9575 W. Higgins Rd. Suite 400
Rosemont, IL 60018


Kompan, Vladimir
1509 Landwehr
Northbrook, IL 60062


Korman/ Lederer Management Co.
3100 Dundee Rd.  Suite 116
Northbrook, IL 60062


Korman/ Lederer Management Co.
3100 Dundee Rd. Suite 116
Northbrook, IL 60062


Korol, Gennady and Larisa
932 Greenbay Road
Glencoe, IL 60022


Lake County Grading Company
c/o Ray & Glick
P.O. Box 400
Libertyville, IL 60048

Legat Architects
c/o Schiff, Harden, LLP
6600 Sears Tower
Chicago, IL 60606


Leibson McGrath Mankedick DBA LM Squared
400 Skokie Blvd. Suite 590
Northbrook, IL 60062


Len's and Lisa's Construction, Inc.
808 Verney Lane
Charlotte, NC 28226


Litton Loan Services
4828 Loop Central Dr.
Houston, TX 77081


Litvin, Gary
23696 N. Raleigh Drive
Lincolnshire, IL 60069


MB Financial (Elan Visa)
P.O Box 6353
Fargo, ND 58125


Mega Development Group IV Corp.
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Mega Development Group, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Mega Entertainment Group II, LLC
577 Waukegan Avenue
Northbrook, IL 60062


Mega Entertainment Group II, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Mega Investors Group III, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062

Michael J. Newman & Associates
5201 Golf Road
Skokie, IL 60077


Michael Vdovets
3873 Oak
Northbrook, IL 60062


Miller Cooper & Co., Ltd.
1751 Lake Cook RD. Suite 400
Deerfield, IL 60015


Monisova, Alla and Michael Shulman
114 Hampton Blvd.
Lake Bluff, IL 60044


N.S. Center GP, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


National Construction Rentals
P.O Box 4503
Pacoima, CA 91333


NCO Financial Systems
P.O. Box 15760
Wilmington, DE 19850


Nicor Gas
P.O Box 2020
Aurora, IL 60507


North Shore Center LP
577 Waukegan Avenue
Northbrook, IL 60062


Northbrook Blueprint & Supply
626 Anthony Trail
Northbrook, IL 60062


Northshore Center GP, Inc.
3100 Dundee Rd., Suite 107
Northbrook, IL 60062

Northshore Center LP
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Northshore Center THC LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Northshore Center THC, LLC
577 Waukegan Avenue
Northbrook, IL 60062


Northshore Magazine
16 Haverhill Street, 3rd Floor
Andover, MA 01810


Northstar
4285 Genesee St.
Gheektwaga, NY 14225-1943


Origin Capital
1122 N. LaSalle St.
Chicago, IL 60610


Osnovsky, Gregory & Brukhn
6536 N. California Avenue
Chicago, IL 60642


Pappas Construction Co.
8605 N Lincoln Ave Suite B
Morton Grove, IL 60053


Paragon Theaters
c/o Dahl & Bonadies, LLC
30 N. LaSalle St., Suite 1500
Chicago, IL 60602


Parvin-Clauss Sign Company
165 Tubeway Dr.
Carol Stream, IL 60188


Piven, Vladimir and Ludmila
1436 N. Picadilly Circle
Mount Prospect, IL 60056

Polsky & Associates Ltd.
205 N. Michigan Ave. 41 floor
Chicago, IL 60601


Puget Sound Leasing
P.O Box 1295
Issaguah, WA 98027


RC Realty Development LLC
914 N. Milwaukee, Suite 300
Northbrook, IL 60062


Royal Square Development, LLC
3100 Dundee Rd., Suite 107
Northbrook, IL 60062


Schain Burney Ross & Citron, Ltd.
222 North LaSalle Street Suite 1910
Chicago, IL 60601


Selivanova, Marina
608 Happfield Court
Arlington Heights, IL 60004


Service Sanitation Inc.
135 Blaine Street
Gary, IN 46406


Sharonova, Tatiana
1375 Kenelwood Lane
Deerfield, IL 60015


Shneider, Gene
   and Larisa Solomonova
1411 Candlewood Court
Wheeling, IL 60090


Sniper, Alexander & Sofia
471 Bay6 Tree Circle
Vernon Hills, IL 60061


Steven M. Shaykin
2227A Hammond Drive
Schaumburg, IL 60173

Stewart Title Company
665 Campton Street
Ely, NV 89301


Studio 41
3160 Skokie Vally Rd.
Higland Park, IL 60035


TDS Metrocom
P.O Box 94510
Palatine, IL 60094-4510


The Anderson Group
3409 North Hellen St. # 200
Metairie, La 70002


The First Commercial Bank
6945 N. Clark St.
Chicago, IL 60626


The Private Bank
70 W. Madison, Suite 200
Chicago, IL 60602


Travelers Insurance
Ste 1201, 350 Granite St, Braintree
Braintree, MA 02184


Tribune Interactive
14891 Collection Center DR.
Chicago, IL 60693-0148


US Bank
P.O Box 2407 EP-MN-L23R
Minneapolis, MN 55402


VMV Asset Management
3045 McArthur Blvd
Northbrook, IL 60062


Vulfson, Yefim
325 Horatio Blvd.
Buffalo Grove, IL 60089

Waste Management Commercial
1411 Opus Place Suite 400
Downers Grove, IL 60515


Weiss Builders
c/o Demchenko & Kashuba, LLC
2520 West Chicago
Chicago, IL 60622


Yaker, Lazar & Dina
3216 Brookhill Circle
Birmingham, AL 35210